**NICOLETTI HORNIG & SWEENEY**
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 220-3830
Attorney:   James F. Sweeney  (JFS-7745)
            Nathaniel L. Eichler (NE-0715)
NH&S File No.:   65000861 JFS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECO STEEL INTERNATIONAL LLC,

                  Plaintiff,

-against-

TOKIO MARINE NEWA INSURANCE CO.,

                  Defendant.
------------------------------------------------------------X

Case No.:   09 Civ. (    )

**STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and magistrate judges of the court to evaluate possible disqualification or refusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    None

Dated: New York, New York
        September 11, 2009

                                                              James F. Sweeney (JFS-7745)