## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, JIN MAW KUO declares as follows:

1.    I am an attorney duly licensed to practice law in Taiwan.

2.    I have been retained by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Plaintiff SECO STEEL INTERNATIONAL LLC.  I am not a party to this action, am over 21 years of age and reside in Taipei, Taiwan.

3.    On 12th Novnember,2009, I served the annexed **Amended Summons & Amended Complaint** upon the following:

TOKIO MARINE NEWA INSURANCE CO.
11 Fl., N. 130, Sec. 3, Nanjing East Road
Taipei 104
Taiwan

by delivering to and leaving personally with  Alice Wang,a  Manager of Marine Insurance of

TOKIO MARINE NEWA INSURANCE CO., LTD.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Taipei, Taiwan
       November ,12, 2009
       _____
                         [YOUR NAME }